| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>**(561) 404-4350** | FOR COURT USE ONLY |
|---|---|---|
| **SRIPLAW**<br>**21301 Powerline Road, Suite 100**<br>**Boca Raton FL 33433**<br>ATTORNEY FOR   **Plaintiff** | | |
| WESTERN DISTRICT, SEATTLE<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 | | |
| PLAINTIFF/PETITIONER:Voltstar Technologies, Inc.<br><br>DEFENDANT/RESPONDENT: America Ugreen Limited | | |

| DATE: | TIME: | DEP./DIV. | | CASE NUMBER:<br>2:24-cv-01271 |
|---|---|---|---|---|
| | **Declaration of Service** | | | Ref. No. or File No:<br>23553 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT**

On: **America Ugreen Limited**

I served the summons at:

**711 Capitol Way S, Suite 204  Olympia, WA 98501**

On: **8/21/2024**          Time: **02:50 PM**

In the above mentioned action  by personally serving to and leaving with

**JAMES ROBERTS, AUTHORIZED REPRESENTATIVE** - **Business Filings Incorporated, Agent for Service of Process**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Andrew Webster**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **225.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Andrew Webster                              Date: **08/22/2024**