UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICA UGREEN LIMITED,<br><br>　　　　Defendants. | Case No.: 2:24-cv-01271-JHC<br><br><br>**ORDER** |

　　　Before the Court is the parties' Stipulated Motion to Extend the Deadline for Defendant's Answer to Plaintiff's Complaint. Dkt. # 8. The Court GRANTS the motion. The deadline to answer is extended to October 9, 2024.

　　　DATED this 11th day of September, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE