UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC., | CASE NO.: 2:24-cv-01271 |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICA UGREEN LIMITED, | |
| Defendant. | |

Before the Court is Plaintiff Voltstar Technologies, Inc.'s Unopposed Motion for Extension of Time to File a Stipulation of Dismissal. Dkt. # 13. Finding good cause, the Court GRANTS the motion. The parties shall have up to November 23, 2024, to file a stipulation of dismissal.

Dated this 8th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE